MELISSA NYMAN
NYMAN TURKISH, PC
3009 Douglas Boulevard, Suite 200
Roseville, CA 95661
Telephone:   855-463-2149
Facsimile:   916-218-4341
Email:       melissa.nyman@nymanturkish.com

*Attorneys for Plaintiff, Steven, Schermerhorn*

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

LIVE SYSTEM - SACRAMENTO

| | |
|---|---|
| STEVEN SCHERMERHORN,            ) <br> ) <br>       Plaintiff,        ) <br> ) <br>   v.                                   ) <br> ) <br> KILOLO KIJAKAZI,                       ) <br> Acting Commissioner of          ) <br> Social Security,                          ) <br> )<br>       Defendant.     ) <br> _____) | Civil Action No. 2:21-cv-00957-TLN-AC <br><br><br><br><br> **ORDER** |

Upon consideration of Plaintiff's Unopposed Motion for an Extension of 30 days to file Plaintiff's Motion for Summary Judgement and Memorandum in Support on or before January 31, 2022, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

SO ORDERED this 21st day of December 2021.

BY THE COURT,

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE