PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX and
CHRISTOPHER J. HARRIS
Acting Regional Chief Counsel, Region VI
JENNIFER J. SELBY, MSBN 10183
  1301 Young St., Suite 305
  Mailroom 104
  Dallas, TX  75202
  Telephone: (214) 767-4464
  Facsimile: (214) 767-4117
  Email: jennifer.selby@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHERMERHORN,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21CV-00957-TLN-AC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL CAR AND TO AMEND SCHEDULING ORDER** |

  Upon consideration of Defendant's Unopposed Motion for Leave to File Supplemental CAR and to Amend Scheduling Order, it is hereby ORDERED that Defendant's Motion is GRANTED.  IT IS FURTHER ORDERED that:

1. The November 16, 2021 scheduling order is hereby suspended pending the filing of a Supplemental CAR by the Defendant.

2. Plaintiff is to file a supplemental brief within twenty-one (21) days of the filing of the supplemental CAR.

3. Defendant is to file her brief within forty-five (45) days of the filing of Plaintiff's supplemental brief.

1  SO ORDERED, this the 17th day of March, 2022

BY THE COURT,

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE