PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX and
WILLY M. LE
Acting Regional Chief Counsel, Region VI
JENNIFER J. SELBY, MSBN 10183
    1301 Young St., Suite 305
    Mailroom 104
    Dallas, TX  75202
    Telephone: (214) 767-4464
    Facsimile: (833) 912-2306
    Email: jennifer.selby@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHERMERHRON,<br><br>        Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:21-CV-00957-TLN-AC<br><br>STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

### STIPULATION AND ORDER FOR REMAND

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security (Commissioner) has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the case will be assigned to another administrative law judge (ALJ) and the period at issue will be limited to the period prior to June 6, 2018.  With respect to the period prior to June 6,

2018, the ALJ will obtain evidence from a medical expert to clarify the nature, severity, and effects of the claimant's impairments; reevaluate the opinion evidence of record; reevaluate the claimant's maximum residual functional capacity, if warranted; obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform his past relevant work, if warranted; offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  May 26, 2022        Respectfully submitted,

By:     */s/ Melissa Markos-Nyman by Jennifer J. Selby*
        *As authorized *via* email on May 26, 2022
        MELISSA MARKOS-NYMAN
        Attorney for Plaintiff

Dated:  May 26, 2022        PHILLIP A. TALBERT
                            United States Attorney
                            Eastern District of California

By:     */s/ Jennifer J. Selby*
        JENNIFER J. SELBY
        Special Assistant United States Attorney

Of Counsel for the Defendant:

PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX and
WILLY M. LE
Acting Regional Chief Counsel, Region VI
Social Security Administration

**ORDER**

APPROVED AND SO ORDERED:

Dated: May 26, 2022

_____
Troy L. Nunley
United States District Judge