MELISSA MARKOS NYMAN, ESQ.
Nyman Turkish, PC
3009 Douglas Blvd.
Suite 200
Roseville, CA 95661
855-463-2149
Fax: 916-218-4341
Email: melissa.nyman@nymanturkish.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

STEVEN SCHERMERHORN,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

Case No. 2:21-cv-00957-TLN-AC

**ORDER**

ORDER

Upon consideration of the parties' joint stipulation for fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq*., IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $7,500.00 in EAJA fees. This amount is payable to Plaintiff, not directly to her counsel. Payment will be mailed to Plaintiff's attorney: Melissa Nyman, Nyman Turkish, PC, 3009 Douglas Blvd., Suite 200, Roseville, CA 95661.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED this 1st day of September, 2022.

Troy L. Nunley
United States District Judge